NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000065
15-SEP-2014
08:35 AM

NOS. CAAP-11-0000065 and CAAP-11-0000140

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

IN THE MATTER OF THE ARBITRATION BETWEEN
HAWAII STATE TEACHERS ASSOCIATION, Union-Appellant,
and STATE OF HAWAI'I, DEPARTMENT OF EDUCATION,
Employer-Appellee, (GRIEVANCE OF KATHLEEN MORITA) (2008-045)

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P. NO. 10-1-0165 (GWBC))

ORDER VACATING OPINION OF THE COURT BY LEONARD, J.
(By: Fujise, Presiding Judge, Leonard and Reifurth, JJ.)

In light of the Hawai'i Supreme Court's Opinion in

Association of Condominium Homeowners of Tropics at Waikele v.

Sakuma, 131 Hawai'i 254, 319 P.3d 94 (December 17, 2013), the

Opinion filed herein on November 26, 2013 is hereby vacated, *sua

sponte*. A new opinion shall be filed.

DATED: Honolulu, Hawai'i, September 15, 2014.

Presiding Judge

Associate Judge

Associate Judge